UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DANIEL KELLY,

                Plaintiff,

   -against-

ORANGE COUNTY JAIL, et al.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 CV 3062(GBD)

ORDER

GEORGE B. DANIELS, District Judge:

Plaintiff filed the original complaint in the instant action on April 16, 2007 and, thereafter, filed an amended complaint on June 18, 2007. To date, plaintiff has not served the defendant. Having failed to execute timely service, plaintiff's claim is dismissed without prejudice.

Dated: June 2, 2008
       New York, New York

SO ORDERED:

*[signature]*
GEORGE B. DANIELS
United States District Judge